[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
March 17, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-12416

_____

D. C. Docket No. 05-00397-CV-OC-10GRJ

MARGA TAYLOR, as Personal
Representative of the Estate
of Earl C. Hitchcock,

Plaintiff-Appellee,

versus

ED DEAN, individually, and in his
official capacity as Sheriff of
Marion County, Florida, et al.,

Defendants,

JOHNNY PAPPAS, individually, and in
his official capacity as Deputy Sheriff
of Marion County, Florida,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(March 17, 2008)**

Before HULL and WILSON, Circuit Judges, and EDENFIELD,[*] District Judge.

PER CURIAM:

After review and oral argument, we find no reversible error in the district court's May 17, 2007 order denying summary judgment to defendant-appellant Johnny Pappas.

**AFFIRMED.**

---

[*]Honorable B. Avant Edenfield, United States District Judge for the Southern District of Georgia, sitting by designation.